UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 04678
   MONICA J WALLACE
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-3791


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 03/16/2007 and was not confirmed.

      The case was dismissed without confirmation 08/02/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICREDIT FINANCIAL SE | SECURED VEHIC | .00 | .00 | .00 |
| AMERICREDIT FINANCIAL SE | UNSECURED | NOT FILED | .00 | .00 |
| ACL INC | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN MEDICAL SECURIT | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 640.00 | .00 | .00 |
| CORPORATE | UNSECURED | NOT FILED | .00 | .00 |
| DRIVE FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| DUNSEDEMAND | UNSECURED | NOT FILED | .00 | .00 |
| FINANICAL RECOVERY SERVI | UNSECURED | NOT FILED | .00 | .00 |
| FREIDMAN & WEXLER LLC | UNSECURED | NOT FILED | .00 | .00 |
| GPO | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SYST | UNSECURED | NOT FILED | .00 | .00 |
| ADVOCATE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| ADVOCATE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| ADVOCATE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| MCI WORLD COM | UNSECURED | NOT FILED | .00 | .00 |
| EVERGREEN MEDICAL SPECIA | UNSECURED | NOT FILED | .00 | .00 |
| EVERGREEN MEDICAL SPECIA | UNSECURED | NOT FILED | .00 | .00 |
| EVERGREEN MEDICAL SPECIA | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL ACTION FINANCIA | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE ACCEPTANCE CO | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| OMNIUM WORLDWIDE | UNSECURED | NOT FILED | .00 | .00 |
| PARAGON WAY INC | UNSECURED | 206.18 | .00 | .00 |
| PENCREDIT CORP | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| REDCATS USA | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT | UNSECURED | NOT FILED | .00 | .00 |
| SHERMAN ACQUISITION | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT | UNSECURED | NOT FILED | .00 | .00 |
| UNITED CASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| UNITED COLLECTION BUREAU | UNSECURED | 35.00 | .00 | .00 |
| PARAGON WAY INC | UNSECURED | 445.00 | .00 | .00 |

                  PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 07 B 04678 MONICA J WALLACE

```
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY    2,464.00                          264.96
TOM VAUGHN                TRUSTEE                                            19.64
DEBTOR REFUND             REFUND                                            46.15
```

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                          330.75

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                      264.96
TRUSTEE COMPENSATION                                 19.64
DEBTOR REFUND                                        46.15
                         ---------------       ---------------
TOTALS                           330.75               330.75

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 12/05/07          _____

                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE